925 F.2d 415
 Adams (Tim Lee)
v.
McAllister (Ralph G.), Dowling (John C.), Hoover (Todd),
Hicks (Joel E.), Kelly (John), Wertz (Daniel), Williams
(Edward R.), Watson (Kathy), Alvord (Lawrence E.), Walker
(George Michael), Stapleton (Eugene), Huff (Margarte), Doan
(Martha Tetlow), McLean (Rose), Swoyer (Sarah V.), Pae
(Kerry), Minich (John), Unknown Defendants
 NO. 90-5619
 United States Court of Appeals,
Third Circuit.
 JAN 31, 1991
 
 Appeal From: M.D.Pa.,
 Rambo, J.
 
 
 1
 AFFIRMED.